IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CR-304-2D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| FLAVIO RAMIREZ, ) | |
| Defendant. ) | |

This matter is before the court on Defendant's motion to seal his detention hearing held August 23, 2021. Defendant having withdrawn his motion by notice filed October 4, 2021 [DE #83], Defendant's motion to seal [DE #79] is DISMISSED as moot. The clerk is directed to unseal the transcript of the hearing [DE #53].

This 5th day of October 2021.

_____
KIMBERLY A. SWANK
United States Magistrate Judge