THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21-CR-304-2d

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| FLAVIO RAMIREZ | ) |

ORDER

This Cause comes before the Court upon Defendant's motion to seal the three exhibits to his Motion to Withdraw Guilty Plea filed as Docket Entry 207. For good cause shown in said motion, Defendant's motion is GRANTED and the three exhibits to Docket Entry 207 are hereby sealed.

So ORDERED this **12** day of May, 2022.

JAMES C. DEVER III
United States District Judge