THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21-CR-304-2d

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| | ) |
| v. | ) |
| | ) |
| FLAVIO RAMIREZ | ) |

ORDER

This Cause comes before the Court upon Defendant's motion to seal the four exhibits – filed as Docket Entries 214 through 217 - to his Motion to Continue Sentencing Hearing filed as Docket Entry 213. For good cause shown in said motion, Defendant's motion is GRANTED and the four exhibits, Docket Entries 214, 215, 216 and 217 are hereby sealed.

So ORDERED this **12** day of May, 2022.

JAMES C. DEVER III
United States District Judge