THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21-CR-304-2D

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| FLAVIO RAMIREZ | ) |

ORDER

This Cause comes before the Court upon Defendant's motion to seal his Sentencing Memorandum and exhibits filed as Docket Entry 237. For good cause shown in said motion, Defendant's motion is GRANTED and Docket Entry 237 is hereby sealed.

So ORDERED this __3__ day of June, 2022.

JAMES C. DEVER III
United States District Judge