IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CR-304-D
No. 5:24-CV-126-D

| | |
|---|---|
| FLAVIO RAMIREZ, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | ORDER |

In light of this court's order of April 11, 2025 [D.E. 609], the court DISMISSES WITHOUT PREJUDICE petitioner's request for the "proper forms" to complain about his former lawyer.

SO ORDERED. This 24 day of November, 2025.

JAMES C. DEVER III
United States District Judge