IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CR-304-D
No. 5:24-CV-126-D

| | | |
|---|---|---|
| FLAVIO RAMIREZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

In light of this court's order of April 11, 2025 [D.E. 609] and of November 24, 2025 [D.E. 645], the court DISMISSES WITHOUT PREJUDICE petitioner's request to write a grievance about his former lawyer.

SO ORDERED. This 15 day of December, 2025.

JAMES C. DEVER III
United States District Judge